**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No.11-CV-751-JHP-FHM |
| TALLGRASS PETROLEUM CORP., WILDHORSE RESOURCES, INC., and GARY BELL, | |
| Defendants. | |

**OPINION AND ORDER**

The Motion for Default Judgment filed by the United States of America on behalf of the Environmental Protection Agency, [Dkt. 15], has been referred to the undersigned United States Magistrate Judge for report and recommendation.  Neither the motion, nor the Complaint contain any information about whether Defendant Gary Bell is a minor, an incompetent person, or was in active military service between November 30, 2011, the date the Complaint was filed and July 25, 2012, the date the Motion for Default was filed.

The United States is directed to supplement its motion on or before October 5, 2012 with that information about Defendant Gary Bell.

SO ORDERED this 21st day of September, 2012.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE